UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-247 (PAM/JGL)

THOMAS J. GOEPFERT, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

STILLWATER FORD LINCOLN-MERCURY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to August 1, 2001; any motion for class certification must be filed by December 1, 2001;

2. Plaintiffs shall disclose all expert witnesses by November 1, 2001, and reports by December 1, 2001; Defendant shall disclose all expert witnesses by December 1, 2001, and reports by December 15, 2001;

3. The period during which the parties may seek discovery shall be completed by February 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to March 1, 2002; and

6. This case will be considered "ready for trial" as of April 1, 2002.

DATED: June 6, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

JUN 0 6 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD