# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Thomas J. Goepfert, and
Patty A. Goepfert,
on behalf of themselves and
all others similarly situated,

Plaintiffs,

vs.

Stillwater Ford, Lincoln-Mercury, Inc.,
a Minnesota corporation,

Defendant.

Civil File No. 01-CV-247 (PAM/JGL)

**ORDER GRANTING MOTION TO DISMISS**

The above-referenced matter came ~~on for hearing~~ before the undersigned ~~on~~ xxxxxxxxxxxxx ~~2002~~, on Plaintiff's motion for dismissal. Eric L. Crandall, Esq., appeared on behalf of the Plaintiffs. Gregory J. Johnson, Esq. appeared on behalf of Defendant.

Upon all of the file and records herein, and all of the documents on file, including Plaintiffs' notice of motion and motion, and affidavit of counsel, the court makes the following **ORDER**:

1. Plaintiffs' Motion to Dismiss is **GRANTED**.

2. The claims of the putative class against Defendant are **DISMISSED WITHOUT PREJUDICE.**

3. The individual claims of Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE.**

4. Each party shall bear its own costs including attorneys' fees.

DATED: February 6, 2002

Paul A. Magnuson
United States District Judge

FEB 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK